# UNITED STATES DISTRICT COURT
## District of Minnesota

Ruperto Quetzecua Romero,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1215 SRB/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and enjoins Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. If Petitioner has been removed from Minnesota, Respondents shall immediately return Petitioner to Minnesota. Respondents shall immediately release Petitioner upon his return to Minnesota, but no later than 48 hours from the date of this Order.
4. Prior to Petitioner's release, Respondents must first notify Petitioner's legal counsel within two hours of his impending release and include the location of his release and approximate release time.
5. When Petitioner is released, Respondents must return to him any property and documents that they have taken from him, including identity documents and immigration documents.
6. Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release.
7. Respondents shall confirm Petitioner's release with the Court within 48 hours from the date of this Order.

Date: 2/10/2026

KATE M. FOGARTY, CLERK